# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CRIMINAL ACTION NO. 1:06-CR-472-RWS |
| LATESHA GARNER, | : | |
| Appellant. | : | |

## **ORDER**

This case comes before the Court for consideration of Appellant's Motion to Appeal *in forma pauperis* [228]. After reviewing the record, the Court enters the following Order.

## **Background**

Appellant seeks to challenge her conviction and sentence from this Court. On February 11, 2008, the Appellate was convicted by jury verdict on nine counts of wire fraud. [194]. Thereafter, Appellate timely moved for a judgment of acquittal, or in the alternative, a new trial pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure, which this Court denied in an Order dated August 7,

2008. [223.]  Subsequently, the Court issued a judgment and commitment on August 18, 2008. [225.]  Appellant now moves this Court for permission to appeal *in forma pauperis.* (Mot. to Appeal *in Forma Pauperis* [228].)

**Discussion**

Applications to appeal *in forma pauperis* are governed by 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24.  In pertinent part, § 1915 provides:

> (a)(1) [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.
> . . .
>
> (3) An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.

Similarly, Federal Rule of Appellate Procedure 24 provides:

> (1) . . . [A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>     (A) shows . . . the party's inability to pay or to give security for fees and costs;
>     (B) claims an entitlement to redress; and
>     (C) states the issues that the party intends to present on appeal.
>
> . . .

> (3) . . . A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith . . . and states in writing its reasons for the certification or finding. . . .

Thus, two requirements must be satisfied for a party to prosecute an appeal *in forma pauperis*. First, the party must show an inability to pay. Second, the appeal must be brought in good faith.

## I. Inability to Pay

Appellant has submitted an affidavit demonstrating her inability to pay the filing fee required for an appeal. [230.] Having reviewed that filing, the Court finds that Appellant has made the requisite showing. The Court therefore turns to examine whether Appellant has satisfied the good faith requirement.

## II. The Good Faith Standard

An appeal may not be taken *in forma pauperis* if the trial court certifies, either before or after the notice of appeal is filed, that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(3). A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when judged under an objective standard. See Coppedge v. United States, 369 U.S. 438, 445 (1962); Busch v. County of Volusia, 189 F.R.D. 687, 691 (M.D. Fla. 1999); United States v. Wilson, 707 F. Supp. 1582, 1583 (M.D. Ga. 1989), aff'd., 896

F.2d 558 (11th Cir. 1990). An issue is frivolous when it appears that the legal theories are "indisputably meritless." See Neitzke v. Williams, 490 U.S. 319, 327 (1989); Carroll v. Gross, 984 F.2d 392, 393 (11th Cir. 1993). Stated differently, an *in forma pauperis* action is frivolous, and thus not brought in good faith, if it is "without arguable merit either in law or fact." Napier v. Preslicka, 314 F.3d 528, 531 (11th Cir. 2002); Bilal v. Driver, 251 F.3d 1346, 1349 (11th Cir. 2001). "Arguable means capable of being convincingly argued." Sun v. Forrester, 939 F.2d 924, 925 (11th Cir. 1991) (per curiam). Where a claim is arguable, but ultimately will be unsuccessful, it should be allowed to proceed. See Cofield v. Alabama Pub. Serv. Comm'n, 936 F.2d 512, 515 (11th Cir. 1991).

Both § 1915(a) and Rule 24(1) require the individual seeking to appeal *in forma pauperis* to submit a statement of good faith issues to be appealed. See, e.g., FED. R. APP. P. 24(1)(C) ("The party must attach an affidavit that . . . states the issues that the party intends to present on appeal."). A statement of issues to be appealed enables the court to determine whether the appeal would be frivolous or not taken in good faith. Martin v. Gulf States Util. Co., 221 F. Supp. 757, 760 (D.C. La. 1963).

In her motion papers, Appellant introduces evidence in the form of an Affidavit by her father and co-defendant, Keith Garner, exonerating her from

4

having any knowledge of criminal conduct. ("Aff. of Keith Garner" Dkt. No. [196-1].) Appellate states that fairness and justice require an examination of this newly acquired evidence. (Dkt. No.[220] at 5.) The Court finds that the Appellate has an issue that may be presented in good faith on appeal. Accordingly, the Court concludes that the issue is not frivolous when judged under an objective standard. Furthermore, under the Federal Rules of Criminal Procedure 32(j)(1)(A) and 32(j)(1)(B), the Appellate, as a criminal defendant, has a right to appeal the conviction and sentence as a matter of right. Therefore, Appellant's Motion to Appeal *in forma pauperis* [228] is hereby **GRANTED.**

## Conclusion

For the reasons stated herein, Appellant's Motion to Appeal *in forma pauperis* [228] is hereby **GRANTED.** The Court hereby **CERTIFIES** that Petitioner's appeal is in good faith.

**SO ORDERED** this __24th__ day of September, 2008.

```
_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE
```